IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICIA RYAN, | * |
| Plaintiff, | * |
| | Civil Action No. JFM-02-CV-1598 |
| v. | * |
| VERIZON MARYLAND INC., | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * *

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties do hereby jointly and voluntarily dismiss the present action with prejudice. Each party shall bear its own costs.

Respectfully submitted,

_____
Robert R. Niccolini
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202
410-659-4400

Attorney for Defendant Verizon Maryland Inc.

_____
Michael W. Ryan, Jr.
14300 Gallant Fox Lane, Suite 103
Bowie, MD 20715

Attorney for Plaintiff, Patricia Ryan

Approved this _____ day of _____, 2002.

_____
United States District Court Judge

\\LAB\342443.1